**FILED**

2023 Aug-04  AM 10:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

|  |  |
|---|---|
| ) | **Summons** |
| GOLD STAR WIVES OF AMERICA, INC.  ) | **(Issued pursuant to Rule 4 of** |
| ) | **the Federal Rules of Civil** |
| Plaintiff,  ) | **Procedure or other appropriate** |
| ) | **law.)** |
| v.  ) |  |
| ) | **CIVIL ACTION CASE NUMBER:** |
| TAMRA SIPES  ) | 2:23-cv-01015-JHE |
| ) |  |
| Defendant.  ) |  |

### Summons in a Civil Action

To: (*Defendant's name and address*)

> TAMRA SIPES
> 1124 LANDING CIRCLE
> OAK HARBOR, WASHINGTON 98277

NOTE: A separate summons must be
        prepared for each defendant.

A lawsuit has been filed against you.

Within _____21_____ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

David Vance Lucas
Richard J.R. Raleigh, Jr.
Christopher L. Lockwood
WOMBLE BOND DICKINSON (US) LLP
200 West Side Square, Suite 950
Huntsville, Alabama 35801

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.**

~~GREER M. LYNCH~~, **CLERK**

DATE: 8-4 23

~~SHARON N. HARRIS~~, CLERK

By:

Deputy Clerk  *Angela Day*

(SEAL OF COURT)

<u>SEE REVERSE SIDE FOR RETURN</u>

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203